IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EARL LEE WRIGHT, # 06243**                                                              **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:14cv133-KS-MTP**

**GEORGE ZOLEY**                                                                            **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this the 28th day of March, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE